# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit
_____

No. 15-13830
_____

District Court Docket No.
1:14-cv-02288-TWT

SAVANNAH COLLEGE OF ART AND DESIGN, INC.,

Plaintiff - Appellant,

versus

SPORTSWEAR, INC.,
d.b.a. PrepSportswear,

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.


Entered: October 03, 2017
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark