# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 19, 2018

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303


Re:   Sportswear, Inc., dba Prep Sportswear
      v. Savannah College of Art and Design, Inc.
      No. 17-1316
      (Your No. 15-13830)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 16, 2018 and placed on the docket March 19, 2018 as No. 17-1316.



Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst